UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

AHMAD WALEY KHAN,

   Defendant.

Case No.  2:25-mj-00172-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  AHMAD WALEY KHAN, Case No. 2:25-mj-00172-JDP, Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

 _____ Release on Personal Recognizance

 __X__ Bail Posted in the Sum of $ 50,000.00.

  __X__ Unsecured Appearance Bond $ 50,000.00.

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  _____ Corporate Surety Bail Bond

  _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 18, 2025 at 3:08 p.m.

   By: /s/ Jeremy D. Peterson
     JEREMY D. PETERSON
     UNITED STATES MAGISTRATE JUDGE